UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

Martin Abraham,

      Plaintiff,

 -against-

Capital One Bank (USA), N.A., and
Pressler & Pressler LLP,

      Defendants.

-----------------------------------------------------------x

Case No. 1:11-cv-01368
(BSJ)(HBP)

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/11

  WHEREAS, the Amended Complaint in the above-referenced action was filed on March 11, 2011;

  WHEREAS, service was effected on at least one defendant on March 15, 2011;

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiff and for Defendant Capital One Bank (USA), N.A., that the time within which Defendant Capital One Bank (USA), N.A. may move, answer or otherwise respond to the Complaint, is hereby extended by twenty-one (21) days from March 29, 2011 to and including April 19, 2011.

  No provision of this Stipulation and Order shall be construed as a waiver of, and Defendant Capital One Bank (USA), N.A., expressly reserves, any and all defenses.

  There has been no previous request for extension of time in connection with this matter.

Dated: March 28, 2011
New York, New York

| | |
|---|---|
| THE LAW OFFICES OF SHIMSHON WEXLER, PC | MORRISON & FOERSTER LLP |
| By: _____<br>Shimshon Wexler<br>Shimshonwexler@yahoo.com<br>2710 Broadway<br>2nd Floor<br><s>620 Fifth Avenue</s><br>New York, NY 10025<br>Telephone (212) 760-2400<br>Facsimile (917) 512-6132<br><br>*Attorney for Plaintiff Martin Abraham* | By: _____<br>William R. Wade-Gery<br>WWade-Gery@mofo.com<br>Adam J. Heintz<br>AHeintz@mofo.com<br>1290 Avenue of the Americas<br>New York, New York 10104<br>Telephone (212) 468-8000<br>Facsimile (212) 468-7900<br><br>*Attorneys for Defendant*<br>*Capital One Bank (USA), N.A* |

SO ORDERED:

_____ for 3/29/11
Honorable Barbara S. Jones
United States District Judge.