```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
                                   :
MARTIN ABRAHAM,                    :
                                   :
               Plaintiff,          :
                                   :    11 Cv. 1368(BSJ)
     v.                            :
                                   :    ORDER
                                   :
PRESSLER & PRESSLER, LLP,          :
                                   :
               Defendant.          :
-----------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/11

  The parties are directed to file a stipulation of dismissal in the above captioned proceeding on or before June 30, 2011. If a stipulation is not filed by that date then the parties are directed to file a written status update with the Court.

**SO ORDERED:**

_____
**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
    May 31, 2011